UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN RENE TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:07-CV-01577-LRH-(PAL)<br><br>**ORDER** |

Plaintiff having submitted a Motion for Extension of Time (#5), and good cause appearing;

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time (#5) is **GRANTED**. Plaintiff shall have through January 31, 2008, to pay the initial partial filing fee of $1.50.

DATED this 2nd day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE